

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5405 | **DATE** | 8/30/2011 |
| **CASE TITLE** | Winfred Bell vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' Motions *In Limine* [48] are granted in part and denied in part. Plaintiff's Motions *In Limine* [57] are granted in part and denied in part.

■[ For further details see text below.]

Docketing to mail notices.
*Copy to judge/magistrate judge.

## STATEMENT

Before the Court is Defendants' Motions *In Limine*. Also before the Court is Plaintiff's Motions *In Limine*.

The Court makes the following rulings *in limine*:

1. Defendants' motion to bar the admissibility of Chicago Police Department General Orders, rules and regulations is granted as to the section 1983 claims. With respect to the state claims, the Court will decide the issue at trial. The issue must be excluded from opening statements.
2. Defendants' motion to bar evidence of indemnity is granted.
3. Defendants' motion to bar mentioning or commenting on which entity or institution has employed counsel is granted. Defendants' counsel will advise the jury of their names and whom they represent, i.e., John Jones on behalf of the City of Chicago, i.e., Bill Smith on behalf of Defendant X.
4. Defendants' motion to bar so-called "Code of Silence" evidence is granted pursuant to Rules 401, 402, and 403.
5. Defendants' motion to bar comments or evidence regarding unrelated allegations of police misconduct is granted, such as media coverage, talk shows comments, or other public references to publicized misconduct.
6. Defendants' motion to exclude from the courtroom all Plaintiff witnesses until called to testify is granted. Plaintiff may remain present at all times during the trial.
7. Defendants' motion to bar so-called "send a message to the City" evidence or commentary is granted.
8. Defendants' motion to bar Complaint Register evidence is granted pursuant to Rules 401, 402, and 403.
9. Plaintiff's motion to bar evidence of prior bad acts and character evidence is granted. Plaintiff

| STATEMENT |
|---|
| has no felony convictions which would fall under Rule 609.
10. Plaintiff's motion as to his witnesses is denied. If the unidentified witnesses have felony convictions Rule 609 will apply. Mere arrests of the witnesses are not admissible.
11. Motion to allow Plaintiff to call police officers pursuant to Federal Rule of Criminal Procedure 611(c) is granted.
12. Plaintiff's motion to bar collateral source payments of bills for medical and related services is granted.
13. Plaintiff's motion to bar evidence that when previously arrested he used an alias is granted. No alias was used in the care at bar.
IT IS SO ORDERED. |